# First District Court of Appeal
## State of Florida

_____

Nos. 1D20-1149
1D20-1830
(Consolidated for disposition)

_____

LEE LIGHTSEY,

Appellant,

v.

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION,

Appellee.

_____

On appeal from Florida Fish and Wildlife Conservation
Commission.
Thomas H. Eason, Assistant Executive Director.

September 13, 2021

PER CURIAM.

AFFIRMED.

ROWE, C.J., and ROBERTS and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kenneth G. Oertel of Oertel, Fernandez, Bryant & Atkinson, Tallahassee; Bert J. Harris of Swaine, Harris & Wohl, P.A., Lake Placid, for Appellant.

Bridget K. McDonnell and Sharmin R. Hibbert, Florida Fish and Wildlife Conservation Commission, Tallahassee, for Appellee.